UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO: 05-M-0412 RBC

UNITED STATES OF AMERICA

v.

JUAN JOSE RODRIGUEZ

MOTION TO WITHDRAW AS COUNSEL

Now comes LENORE GLASER, the attorney of record in the above-entitled action, by

appointment of this Court and hereby moves to withdraw as counsel, pursuant to United States

District Court Local Rule 83. 5. 2. As grounds thereof, the attorney states that attorney BARRY

P. WILSON has represented to me that he has  filed his appearance as replacement counsel.

Respectfully Submitted,
JUAN JOSE RODRIGUEZ
By his Attorney,

   /s/ Lenore Glaser                                Dated:  March 15, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO# 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, Esq. do certify that a true copy of this motion was emailed to William
Bloomer, United States Attorney's Office, 1 Courthouse Way, Boston, MA 02210 and mailed by
first class mail to Juan Jose Rodriguez and Barry Wilson, Esq. on March 15, 2005.

Lenore Glaser, Esq.