UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 14 P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>JUAN RODRIQUEZ, )<br>DEFENDANT. ) | CRIMINAL NO.<br>05M-04/Z/RBC |

## APPEARANCE OF COUNSEL

NOW COMES the defendant, Juan Rodriquez and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter

Respectfully submitted by,
FOR THE DEFENDANT,

*/s/ Barry P. Wilson*
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Dated: 3/11/05